UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THERESA ANN HANKERSON,

                Plaintiff,

-against-

UNCLAIM FUNDS COMMISSIONER;
CITIBANK; STATE CAPITAL RECORD
HOLDING; GOLD COMMISSIONER; MR.
VICKTOR BROWN LAYWER; STATE
CAPITAL DEPARTMENT OF MENTAL
HEALTH OF RECORDS COMMISSIONER;
INHERITANCE COMMISSIONER,

                Defendants.

24cv2384 (LTS)

CIVIL JUDGMENT

For the reasons stated in the June 27, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  June 27, 2024
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge